## 17695. LAWHORN *v.* THE STATE.

The charge of the court on manslaughter and the verdict of voluntary manslaughter were authorized by the evidence.

DECIDED DECEMBER 14, 1926.

Manslaughter; from Early superior court—Judge Yeomans. October 4, 1926.

*W. I. Geer,* for plaintiff in error.

*B. T. Castellow,* solicitor-general, *R. R. Arnold, E. C. Hill,* contra.

LUKE, J. Robert Lawhorn was indicted for murder and was convicted of voluntary manslaughter. The evidence amply authorized the verdict, and the verdict has the approval of the trial judge. The special ground of the motion for a new trial, which complains of an excerpt from the charge of the court upon the law of manslaughter, in view of the evidence in this case, is wholly without merit. The court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

---

Homicide, 30 C. J. p. 317, n. 69; p. 410, n. 47.